**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 04-6182

_____

TROY MATTHEW JACKSON,

Plaintiff - Appellant,

versus

TAMMY D. BURGESS; DONNIE REID; E. E. BAYLISS,
JR., Realtor,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Rebecca Beach Smith, District
Judge. (CA-03-514-2)

_____

Submitted: March 25, 2004            Decided: April 2, 2004

_____

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Troy Matthew Jackson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Troy Matthew Jackson appeals the district court's order dismissing without prejudice his complaint filed under 42 U.S.C. § 1983 (2000), pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), (ii) (2000), as frivolous and for failure to state a claim upon which relief may be granted. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jackson v. Burgess, No. CA-03-514-2 (E.D. Va. Dec. 22, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED